James E. Cross, Bar No. 009063
**CROSS LAW FIRM, PLC**
7301 N. 16th St., Ste. 102
Phoenix, AZ 85020
PO Box 45469
Phoenix, AZ 85064
Telephone: (602) 412-4422
E-mail: jcross@crosslawaz.com
*Subchapter V Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SUNNY ENERGY, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br>Subchapter V Small Business<br><br>Case No. 2:24-bk-01611-BKM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE THAT the undersigned attorney is the designated Subchapter V trustee, appointed by the United States Trustee in the above-captioned case. Please direct all notices and filings in this case to James E. Cross at the email address and/or mailed to the address below:

James E. Cross
Cross Law Firm, P.L.C.
PO Box 45469
Phoenix, AZ 85064
Email: jcross@crosslawaz.com

DATED this 30th day of July, 2024.

**CROSS LAW FIRM, PLC**

*/s/ James E. Cross (#9063)*
James E. Cross
*Subchapter V Trustee*

Original filed and Copies of the foregoing
served electronically via the Court's
CM/ECF Notification System this 30th day of
July, 2024, on all parties that have
requested notice in this case.

| | | |
|---|---|---|
| 1 | Additionally, copies sent via E-Mail Transmission this same date to: | |
| 2 | Bradley Pack | Patty Chan |
| 3 | Engelman Berger PC<br>2800 N. Central Ave., Suite 1200 | Office of the U.S. Trustee<br>230 N. First Ave., Ste. 204 |
| 4 | Phoenix, Arizona 85004<br>Email: bdp@eblawyers.com | Phoenix, AZ 85003<br>Email: patty.chan@usdoj.gov |
| 5 | Counsel for Debtor | |
| 6 | Nancy K. Swift | |
| 7 | Buchalter, PC<br>15279 North Scottsdale Road, Suite 400 | |
| 8 | Scottsdale, AZ 85254<br>Email: nswift@buchalter.com | |
| 9 | Counsel for GKI Industrial Phoenix, LLC | |
| 10 | /s/ Kara L. Stewart | |