James E. Cross, Bar No. 009063
**CROSS LAW FIRM, PLC**
7301 N. 16th St., Ste. 102
Phoenix, AZ 85020
PO Box 45469
Phoenix, AZ 85064
Telephone: (602) 412-4422
E-mail: jcross@crosslawaz.com
*Subchapter V Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings<br>Subchapter V Small Business |
|---|---|
| SUNNY ENERGY, LLC, | Case No. 2:24-bk-06111-BKM |
| Debtor. | **AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE THAT the undersigned attorney is the designated Subchapter V trustee, appointed by the United States Trustee in the above-captioned case. Please direct all notices and filings in this case to James E. Cross at the email address and/or mailed to the address below:

James E. Cross
Cross Law Firm, P.L.C.
PO Box 45469
Phoenix, AZ 85064
Email: jcross@crosslawaz.com

DATED this 31st day of July, 2024.

**CROSS LAW FIRM, PLC**

*/s/ James E. Cross (#9063)*
James E. Cross
*Subchapter V Trustee*

Original filed and Copies of the foregoing
served electronically via the Court's
CM/ECF Notification System this 31st day of
July, 2024, on all parties that have
requested notice in this case.