# EXHIBIT "A"

## Pricing Formula

Sunny Energy, LLC ("**Debtor**") will assign to Arizona Solar Wave & Energy, LLC ("**Solar Wave**") each of the Subject Contracts listed herein (the "**Subject Contracts**") to **Arizona Solar Wave & Energy, LLC** ("**Solar Wave**"), along with all design and permitting work completed so far by Debtor. Solar Wave will use its best efforts to complete the design, permitting, construction and commissioning of all projects within 120 days of assignment. Upon completion of the work for each project and payment by each customer for the work (or payment from any finance company or other third-party made on behalf of the customer), Solar Wave shall pay Debtor an amount for each Subject Contract in accordance with the following formula, subject to modification as outlined below:

1. Total compensation to Debtor shall be equal to the Contract Price listed below less the cost for Solar Wave to fulfill each contract, based upon a formula that includes the following components:

    a. $1.00 per Watt for solar PV system installations

    b. 90% of the sales price for battery storage installations

    c. Plus the cost of the solar PV modules

    d. Plus the cost of the solar inverter

    e. Plus $200 for a site assessment, if required

    f. Plus $300 for a design plan set, if required

    g. Plus $380 to obtain the permit, utility approval, HOA approval, fire department approval, and other approvals, when required

    h. Plus the cost of a permit

    i. Plus $2,500 if a 200 or 225 amp electric service upgrade is required

    j. Plus $4,500 if a 400 amp electric service upgrade is required

    k. Plus $400 if a electric service main breaker derate is required

    l. Plus the cost of a main breaker if a derate is required

    m. Plus $8.00 per linear foot of critter guard, if required

    n. Plus $.11 per Watt if the PV system is to be installed on a flat roof

    o. Plus the cost of other Adders such as extended warranties, energy meters, EV chargers, and other items as identified in each contract

    p. Plus cost of additional work due to errors or omissions made by Sunny Energy in the scope of work for each project

2. The expected compensation to Debtor takes into account the costs outlined above, including the following major component prices (the "**Baseline Prices**"). If the actual cost of the major components on a project exceeds the Baseline Prices, then the compensation

to Debtor shall be reduced by an amount equal to the actual cost minus the Baseline Price. The major component Baseline Prices are:

    a.   REC 460 Watt module                                   $.31 per Watt

    b.   REC 365 Watt module                                   $.18 per Watt

    c.   SEG 410 Watt module                                   $.29 per Watt

    d.   SolarEdge HDWave Inverter and Optimizers      $.32 per Watt

    e.   SolarEdge Energy Hub Inverter and Optimizers  $.44 per Watt

    f.   Tigo Inverter with Optimizers or RSD           $.23 per Watt

    g.   Enphase Micro Inverters                              $.48 per Watt

**Assignable Contracts**

| Residential Project Name | Contract Price | (Deposit Paid) | (Expected Costs to Solar Wave) | Expected Pay from Solar Wave (Before Adjustments) | (Commission) | Sales Rep | Expected Net |
|---|---|---|---|---|---|---|---|
| PV Only | | | | | | | |
| BAKER, TYSON SP17883 | $21,494.00 | $0.00 | $13,176.80 | $8,317.20 | $2,628.00 | Steve Unger | $5,689.20 |
| Flowers, Mark SP17882 | $8,501.00 | $1,000.00 | $5,470.80 | $2,030.20 | $1,105.00 | David Vernon | $925.20 |
| Stacy, Tanner SP17881 | $27,675.00 | $0.00 | $17,476.40 | $10,198.60 | $7,195.00 | Harrison Mcguire | $3,003.60 |
| Roberts, Matthew SP17877 | $61,365.00 | $0.00 | $34,977.40 | $26,387.60 | $4,681.00 | Tanner Helm | $21,706.60 |
| Molitor, Linda SP17865 | $31,726.00 | $1,000.00 | $22,664.30 | $8,061.70 | $3,066.00 | Rich Mason | $4,995.70 |
| Aragon , Matthew SP17867 | $25,978.00 | $0.00 | $15,606.80 | $10,371.20 | $5,397.00 | Harrison Mcguire | $4,974.20 |
| Holloway, Bryan SP17863 | $29,849.00 | $1,000.00 | $18,423.60 | $10,425.40 | $3,731.00 | Harrison Mcguire | $6,694.40 |
| Clement, Dean SP17862 | $30,216.00 | $0.00 | $18,297.40 | $11,918.60 | $1,656.00 | David Vernon | $10,262.60 |
| McDonald, Frank SP17859 | $8,809.00 | $1,000.00 | $5,038.00 | $2,771.00 | $880.00 | David Vernon | $1,891.00 |
| Reddi, Venkata Ravi Prasad SP1785 | $29,346.00 | $0.00 | $15,789.50 | $13,556.50 | $2,530.00 | Harrison Mcguire | $11,026.50 |
| Yurek, Stephen SP17856 | $47,425.00 | $0.00 | $29,771.30 | $17,653.70 | $4,727.00 | Matt Mazzella | $12,926.70 |
| Baca, Ralph SP17853 | $11,004.00 | $1,000.00 | $7,102.00 | $2,902.00 | $630.00 | David Vernon | $2,272.00 |
| Martin, David SP17852 | $29,565.00 | $0.00 | $18,589.50 | $10,975.50 | $2,640.00 | Matt Mazzella | $8,335.50 |
| Valev, Tzvetan SP17834 | $21,717.00 | $18,374.00 | $15,112.20 | -$11,769.20 | $1,354.00 | Chris Mejia | -$13,123.20 |
| Aprile, Eddie SP17832 | $32,379.00 | $5,000.00 | $22,357.00 | $5,022.00 | $1,643.00 | David Vernon | $3,379.00 |
| Stephens, Michelle SP17831 | $31,320.00 | $0.00 | $19,258.00 | $12,062.00 | $1,508.00 | Gia Wehus | $10,554.00 |
| Vernon, Laird & Margaret SP17827 | $21,794.00 | $1,000.00 | $11,946.80 | $8,847.20 | $3,000.00 | David Vernon | $5,847.20 |
| Nilles, Tom SP17823 | $22,772.00 | $1,000.00 | $15,163.60 | $6,608.40 | $2,555.00 | Rich Mason | $4,053.40 |
| Dearborn, Steve SP17217 | $34,795.00 | $0.00 | $18,885.00 | $15,910.00 | $2,450.00 | Rich Mason | $13,460.00 |
| **SUBTOTAL** | **$527,730.00** | **$30,374.00** | **$325,106.40** | **$172,249.60** | **$53,376.00** | | **$118,873.60** |
| | | | | | | | |
| PV + Battery | | | | | | | |
| Almy, Sam SP17885 | $27,108.00 | $0.00 | $23,720.80 | $3,387.20 | $2,148.00 | David Vernon | $1,239.20 |
| Jaksic, Ivan SP17879 | $33,100.00 | $0.00 | $26,336.00 | $6,764.00 | $1,987.00 | David Vernon | $4,777.00 |
| Graf, Daniel SP17874 | $64,408.00 | $0.00 | $47,974.60 | $16,433.40 | $5,895.00 | Graham McGilvray | $10,538.40 |
| Whalen, Matthew SP17872 | $41,972.00 | $0.00 | $29,234.00 | $12,738.00 | $2,821.00 | Harrison McGuire | $9,917.00 |

| Name | Amount | Deposit | Col4 | Col5 | Col6 | Rep | Total |
|---|---|---|---|---|---|---|---|
| Lopez, Martin SP17855 | $29,349.00 | $1,000.00 | $21,578.60 | $6,770.40 | $1,767.00 | Graham McGilvray | $5,003.40 |
| Hoffner, Mike SP17854 | $32,314.00 | $0.00 | $24,775.85 | $7,538.15 | $1,816.00 | David Vernon | $5,722.15 |
| Cliggett, Kristan SP17851 | $50,803.00 | $1,000.00 | $36,546.85 | $13,256.15 | $2,911.00 | Steve Unger | $10,345.15 |
| Lawrence, Brad SP17850 | $61,732.00 | $1,000.00 | $47,504.00 | $13,228.00 | $3,159.00 | David Vernon | $10,069.00 |
| Miller, Randy SP17839 | $30,918.00 | $1,000.00 | $23,315.25 | $6,602.75 | $2,532.00 | Rich Mason | $4,070.75 |
| Cutler, Bert SP17817 | $42,202.00 | $1,000.00 | $26,541.20 | $14,660.80 | $5,352.00 | Rich Mason | $9,308.80 |
| Williams, Julie SP17690 | $50,854.00 | $0.00 | $37,735.60 | $13,118.40 | $2,188.00 | Graham McGilvray | $10,930.40 |
| Riggs, Darcey SP17484 | $116,593.00 | $10,000.00 | $70,669.15 | $35,923.85 | $7,204.00 | Melanie Love | $28,719.85 |
| **SUBTOTAL** | **$581,353.00** | **$15,000.00** | **$415,931.90** | **$150,421.10** | **$39,780.00** | | **$110,641.10** |
| | | | | | | | |
| Battery Only | | | | | | | |
| Flanagan, Tom SP17875 | $14,595.00 | $0.00 | $13,135.50 | $1,459.50 | $250.00 | Chris Mejia | $1,209.50 |
| Sinha, Aneesh SP17870 | $14,800.00 | $1,000.00 | $13,320.00 | $480.00 | $838.00 | Chris Mejia | -$358.00 |
| Hess, Mason SP17861 | $14,300.00 | $0.00 | $12,870.00 | $1,430.00 | $338.00 | Michael Sommer | $1,092.00 |
| Smith, John SP17860 | $21,423.00 | $0.00 | $19,280.70 | $2,142.30 | $338.00 | Michael Sommer | $1,804.30 |
| Rowlen, Thomas SP17830 | $27,487.00 | $0.00 | $24,738.30 | $2,748.70 | $675.00 | Graham McGilvray | $2,073.70 |
| Doyle, Stephen SP17820 | $12,727.00 | $0.00 | $11,454.30 | $1,272.70 | $250.00 | Graham McGilvray | $1,022.70 |
| **SUBTOTAL** | **$105,332.00** | **$1,000.00** | **$94,798.80** | **$9,533.20** | **$2,689.00** | | **$6,844.20** |
| | | | | | | | |
| **OVERALL TOTAL** | | | | **$332,203.90** | | | **$236,358.90** |