# EXHIBIT "B"

# Sunny Energy Cash Flow

|  | Month 1 | Month 2 | Month 3 |
|---|---|---|---|
| **Internal** | 60,000 | 30,000 | 0 |
| **Assigned** | 150,000 | 100,000 | 50,000 |
| **Total** | 210,000 | 130,000 | 50,000 |
| **Technician** | 6,000 | 0 | 0 |
| **Sales Comm** | 15,000 | 15,000 | 15,000 |
| **Total COGS** | 21,000 | 15,000 | 15,000 |
| **GP Cash** | 189,000 | 115,000 | 35,000 |
| **Expenses** | | | |
| Auto & Truck | 1,000 | 0 | 0 |
| Bank Fees | 400 | 400 | 400 |
| Licenses | 200 | 200 | 200 |
| Comp & Internet | 1,200 | 500 | 500 |
| Insurance | 11,000 | 9,000 | 7,000 |
| Office Exp | 500 | 0 | 0 |
| Dir Wages | 27,000 | 13,500 | 13,500 |
| Wages | 22,000 | 11,000 | 0 |
| Payroll Taxes | 5,500 | 2,450 | 1,350 |
| Payroll Fees | 50 | 50 | 50 |
| Prof Fees | 0 | 0 | 60,000 |
| QuickBooks | 1,000 | 500 | 500 |
| Telephone | 500 | 200 | 200 |
| Utilities | 900 | 0 | 0 |
| **Total Expenses** | 71,250 | 37,800 | 83,700 |
| **Net Cash** | 117,750 | 77,200 | -48,700 |
| **Cumulative Net Cash** | 117,750 | 194,950 | 146,250 |