# EXHIBIT "C"

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Heather Papaleo

B. E-MAIL CONTACT AT SUBMITTER (optional)
heather.papaleo@troutman.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Philadelphia, PA 19103

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Sunny Energy LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2414 W. 14th St., Suite B | Tempe | AZ | 85281 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| EverBright, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 700 Universe Boulevard | Juno Beach | FL | 33408 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All of the Debtor/Seller's right, title and interest, whether now owned or existing or hereafter acquired or arising, in, to and under that certain retail installment contracts described in Exhibit A (consisting of 1 page) attached hereto and made a part hereof. A purchase of or a security interest in any collateral described in this financing statement will violate the rights of the Secured Party.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☒ Seller/Buyer ☐ Bailee/Bailor | | ☐ Licensee/Licensor |
| 8. OPTIONAL FILER REFERENCE DATA: File with Arizona Corporation Commission | 95804471 - 33 | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

NTUCC1 - 6/27/2023 Wolters Kluwer Online

EXHIBIT A UCC-1 TO FINANCING STATEMENT

Debtor/Seller
Sunny Energy LLC ("Debtor/Seller")
2414 W. 14th St., Suite B
Tempe, AZ 85281

Secured Party
EverBright, LLC ("Secured Party").
700 Universe Boulevard
Juno Beach, FL 33408
Attention: Installer Notices
Email: notices@goeverbright.com

This UCC financing statement covers all right, title and interest of the Debtor/Seller, whether now owned or existing or hereafter acquired or arising, in, under and to all Retail Installment Contracts that have been or will be sold and assigned by the Debtor/Seller to an EverBright Entity pursuant to the Installer Agreement and a RIC Assignment, together with all rights, obligations, claims and other interests of the Debtor/Seller relating to such Retail Installment Contracts.

The following terms used herein shall have the meanings set forth below:

"EverBright Entity" means the Secured Party or an affiliate of the Secured Party.

"Installer Agreement" means that certain Master Agreement for Assignment of Retail Installment Contracts by and between the Secured Party and the Debtor/Seller, dated as of February 17, 2023, as amended, modified, supplemented or restated from time to time.

"Retail Installment Contract" means a retail installment contract for the construction, installation and finance of a System entered into between a homeowner and the Debtor/Seller.

"RIC Assignment" means a Retail Installment Contract Assignment, substantially in the form of Exhibit A to the Installer Agreement, executed by the Debtor/Seller and an EverBright Entity whereby the Debtor/Seller sells, conveys, transfers, assigns, and delivers unto an EverBright Entity one or more Retail Installment Contracts, together with all rights, obligations, claims and other interests of the Debtor/Seller relating to such Retail Installment Contract(s).

"System" means a residential photovoltaic solar power production and/or energy storage system.

Capitalized terms used but not defined herein shall have the meanings ascribed in the Installer Agreement. The Secured Party is the secured party representative of each EverBright Entity. Information concerning Retail Installment Contracts sold and assigned by the Debtor/Seller to an EverBright Entity pursuant to the Installer Agreement and a RIC Assignment may be obtained by contacting the Secured Party.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SUNNY ENERGY, LLC** | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2414 W 14th St, Ste B** | **Tempe** | **AZ** | **85281** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **EverBright, LLC** | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **700 Universe Boulevard** | **Juno Beach** | **FL** | **33408** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All of the Debtor/Seller's right, title and interest, whether now owned or existing or hereafter acquired or arising, in, to and under that certain retail installment contracts described in Exhibit A (consisting of 1 page) attached hereto and made a part hereof. A purchase of or a security interest in any collateral described in this financing statement will violate the rights of the Secured Party.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☑ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA:
File with AZ - Secretary of State

95572699 - 30

Arizona Uncertified Copy of Secretary of State

EXHIBIT A UCC1 TO FINANCING STATEMENT

Debtor/Seller
SUNNY ENERGY, LLC ("Debtor/Seller")
2414 W 14th St
Ste B
Tempe, AZ 85281

Secured Party
EverBright, LLC ("Secured Party")
700 Universe Boulevard
Juno Beach, FL 33408
Attention: Installer Notices
Email: notices@goeverbright.com

This UCC financing statement covers all right, title and interest of the Debtor/Seller, whether now owned or existing or hereafter acquired or arising, in, under and to all Retail Installment Contracts that have been or will be sold and assigned by the Debtor/Seller to an EverBright Entity pursuant to the Installer Contract and a RIC Assignment, together with all rights, obligations, claims and other interests of the Debtor/Seller relating to such Retail Installment Contracts.

The following terms used herein shall have the meanings set forth below:

"EverBright Entity" means the Secured Party or an affiliate of the Secured Party.

"Installer Agreement" means that certain Master Installer Services Agreement by and between the Secured Party and the Debtor/Seller, dated as of February 17, 2023, as amended, modified, supplemented or restated from time to time.

"Retail Installment Contract" means a retail installment contract for the construction, installation and finance of a System entered into between a homeowner and the Debtor/Seller.

"RIC Assignment" means a Retail Installment Contract Assignment, substantially in the form of Exhibit C to the Installer Agreement, executed by the Debtor/Seller and an EverBright Entity whereby the Debtor/Seller sells, conveys, transfers, assigns, and delivers unto an EverBright Entity one or more Retail Installment Contracts, together with all rights, obligations, claims and other interests of the Debtor/Seller relating to such Retail Installment Contract(s).

"System" means a residential photovoltaic solar power production and/or energy storage system.

Capitalized terms used but not defined herein shall have the meanings ascribed in the Installer Agreement. The Secured Party is the secured party representative of each EverBright Entity. Information concerning Retail Installment Contracts sold and assigned by the Debtor/Seller to an EverBright Entity pursuant to the Installer Contract and a RIC Assignment may be obtained by contacting the Secured Party.