| | |
|---|---|
| 1 | BRADLEY D. PACK, SBA #023973 |
| 2 | ANDREW R. O'KEEFE, SBA #038744 |
| | **ENGELMAN BERGER, P.C.** |
| 3 | 2800 NORTH CENTRAL AVENUE, SUITE 1200 |
| | PHOENIX, ARIZONA 85004 |
| 4 | Ph: (602) 271-9090 |
| | Fax: (602) 222-4999 |
| 5 | Email: bdp@eblawyers.com |
| | Email: aro@eblawyers.com |
| 6 | Attorneys for Sunny Energy, LLC |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| SUNNY ENERGY, LLC, | Case No. 2:24-bk-06111-BKM |
| EIN 47-2193055 | **NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE SALE / ASSIGNMENT AND ASSUMPTION OF EXECUTORY CONTRACTS** |
| Debtor. | |
| | Hearing Date: September 4, 2024 |
| | Hearing Time: 11:00 a.m. |

**NOTICE IS HEREBY GIVEN** that Debtor and debtor-in-possession Sunny Energy, LLC ("**Debtor**") has filed a motion (the "**Assignment Motion**") pursuant to 11 U.S.C. § 363(b) and (f) and 11 U.S.C. § 365(a) and (f) to approve the assumption, assignment and sale of Debtor's rights under the solar panel and/or battery sales and installation contracts identified in **Exhibit "A"** hereto to Arizona Solar Wave & Energy LLC (Arizona Registrar of Contractor Nos. ROC 348936 and ROC 152297) ("**Solar Wave**"). The terms of the proposed transaction with Solar Wave are summarized as follows:

| **Time and place of sale** | Debtor will seek an expedited hearing on this Motion, which hearing may be conducted in person or by remote video appearance, at the Court's discretion. The Subject Contracts will be deemed assigned to Solar Wave immediately upon entry of the Order approving the Sale. |
|---|---|

| Name of prospective buyer | Arizona Solar Wave & Energy LLC |
|---|---|
| Is prospective buyer an insider? | No. This is an arms-length sale. |
| Description of property to be sold | All of Debtor's rights and obligations under the executory contractors for the installation of photovoltaic solar panels and/or batteries under the contracts identified in Exhibit "A." |
| All entities known or believed to hold interests in the property to be sold | None. |
| Description of liens, claims, or interests | There are no known liens. EverBright, LLC filed UCC-1 financing statements on October 19, 2023 and November 1, 2023, Document Nos. 2023-005-6519-4 and 2023-005-8354-8, claiming liens on accounts receivable for all projects that Debtor financed through EverBright. But Debtor did not finance any projects through EverBright, so its purported lien does not attach to anything. |
| Terms and conditions of sale | Solar Wave shall pay Debtor an amount for each of the Subject Contracts equal to the Contract Price listed on **Exhibit "A"** less the cost for Solar Wave to fulfill each contract, subject to adjustment as set forth in the Pricing Formula set forth in **Exhibit "A."** The total anticipated payment to Debtor, net of sale commissions, is expected to be about $300,000. |
| Whether the property may be viewed | No. |
| Whether the offer is subject to higher and better bids | No. While Debtor believes that the terms of this proposal are fair and reasonable and that Debtor would be unlikely to obtain a higher or better offer, price is not the sole consideration for this transaction. The contracts at issue are primarily consumer / residential contracts that may only be completed a qualified and properly licensed contractor. Solar Wave is duly qualified and has a 25-year history of providing quality service. It would be inordinately difficult to investigate the qualification of any other prospective bidders within the expedited timeline upon which Debtor proposes to complete this sale. |
| Date by which objections must be filed | To be determined – Debtor will seek an expedited hearing and an accelerated deadline for filing objections. |
| Whether any compensation will be paid from the sale proceeds, to whom, and whether the recipient is an insider | Yes – sales commissions will be paid to Debtor's sales representatives upon payment to Debtor as set forth on **Exhibit "A."** |
| Whether there is an appraisal | No. |
| Whether any motions for stay relief have been filed | No. |

2

4888-9812-4509, v. 1

**FURTHER NOTICE IS GIVEN** that the Court will hold an accelerated hearing on the Assignment Motion on **September 4, 2024 at 11:00 a.m.** at the U.S. Bankruptcy Court, 230 N. First Avenue, Courtroom 701, Phoenix, AZ 85003. Any objections to the Assignment Motion shall be filed no later than by **12:00 p.m. (i.e. noon) on September 3, 2024.** If objections are not timely filed, the Court may summarily grant the relief requested.

**DATED** this 26th day of August 2024.

**Engelman Berger, P.C.**

By: */s/ Bradley D. Pack*
    Bradley D. Pack
    Andrew R. O'Keefe
    Attorneys for Sunny Energy, LLC

**COPY** of the foregoing transmitted
via the Court's ECF system and e-mailed
this 26th day of August 2024 to:

Patty Chan
Office of the U.S. Trustee
Patty.chan@usdoj.gov

James Cross
Cross Law Firm
jcross@crosslawaz.com
Subchapter V Trustee

Nancy Swift
Buchalter
NSwift@buchalter.com
Attorneys for Landlord / Creditor GKI Industrial Phoenix, LLC

Robert Charles
Lewis Roca Rothgerber Christie LLP
rcharles@lewisroca.com
Attorneys for Consolidated Electrical Distributors, Inc.

Gary V. Ringler
Gary V. Ringler PLLC
garyvringlerlaw@gmail.com
Attorneys for Obodo Energy Partners LLC

**COPY** of the foregoing mailed
and e-mailed, where noted
this 26th day of August 2024 to:

3

4888-9812-4509, v. 1

Engelman Berger, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

1  Thomas Allen
   David Nelson
2  Allen, Jones & Giles
   1850 N. Central Ave., Suite 1150
3  Phoenix, AZ 85004
4  tallen@bkfirmaz.com
   dnelson@bkfirmaz.com
5  Attorneys for Arizona Solar Wave LLC

6  Arizona Solar Wave LLC
   c/o Bryan McCormick
7  12 W. Main St.
   Mesa, Arizona 85201
8
9  EverBright
   700 Universe Boulevard
10 Juno Beach, FL 33408
11 notices@goeverbright.com

12
   20 largest unsecured creditors
13 as listed on bankruptcy schedules

14
15 */s/ Cynthia Nesselrode*