BRADLEY D. PACK, SBA #023973
ANDREW R. O'KEEFE, SBA #038744
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: bdp@eblawyers.com
Email: aro@eblawyers.com

Attorneys for Sunny Energy, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SUNNY ENERGY, LLC,<br><br>EIN 47-2193055<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 2:24-bk-06111-BKM<br><br>**NOTICE OF HEARING ON MOTION TO APPROVE UNSECURED DIP LOAN**<br><br>Hearing Date:  September 4, 2024<br>Hearing Time:  11:00 a.m. |

**NOTICE IS HEREBY GIVEN** that Debtor and debtor-in-possession Sunny Energy, LLC ("**Debtor**") has filed a motion (the "**Loan Motion**") pursuant to 11 U.S.C. § 364(b) to approve loans from each of Debtor's members—Joseph Cunningham, Chris Wood, Jacob Stainbrook, and Terry Rials (each, a "**Member**" and collectively, the "**Members**")—in the amount of up to $30,000 per Member (each, a "**Loan**" and collectively, the "**Loans**"). The Loans would be used to fund the Debtor's short-term needs for capital to pay basic operating expenses while Debtor begins the wind-down of its business operations and the liquidation of its remaining assets. A proposed budget for the use of the Loan proceeds is attached to the Loan Motion as **Exhibit "A."**

The terms of the proposed Loans are as follows:

- **Principal Amount:** Each Loan will be in the principal amount of up to $30,000, to be advanced in one or more advances as needed by Debtor.

- **Use of DIP Loan Funds:** The proceeds of the DIP Loan will be used to pay Debtor's operating expenses for a period of approximately 30 days. Debtor anticipates that within that 30-day period, it will have obtained Court approval for the assumption, assignment, and sale of a substantial number of unfinished solar panel installation contracts, and Debtor will be paid upon the completion of those projects. Debtor has filed a motion for approval of that sale concurrently herewith. Because payment to Debtor will be made upon the completion of the projects by the contractor to which they are being assigned, Debtor anticipates it will take about 30 days before Debtor begins receiving income from the sale of those contracts.

- **Interest Rate:** Interest will accrue on each Loan at the rate of 9.5% per annum from the date of each advance.

- **Maturity:** The DIP Loan will mature on the earlier of: (a) the first day on which any Chapter 11 plan for Debtor becomes effective; (b) the dismissal of this bankruptcy case or conversion of this case to a Chapter 7 petition; or (b) six months from the entry of an order approving the Loans (the "**Maturity Date**"). Upon the Maturity Date, the entire outstanding balance of each Loan shall become immediately due and payable.

- **Unsecured Loan - Administrative Priority:** The Loans will be unsecured and will be treated as an allowed administrative expense priority claim pursuant to 11 U.S.C. §§ 364(b) and 503(b)(1). This Motion does not seek any liens, other security, or priming status in connection with the Loans.

- **Disclosure of Insider / Creditor Status**. Each of the Members is a member and insider of the Debtor.

**FURTHER NOTICE IS GIVEN** that the Court will hold an accelerated hearing on

2

the Loan Motion on **September 4, 2024 at 11:00 a.m.** at the U.S. Bankruptcy Court, 230 N. First Avenue, Courtroom 701, Phoenix, AZ 85003. Any objections to the Loan Motion shall be filed no later than by **12:00 p.m. (i.e. noon) on September 3, 2024.** If objections are not timely filed, the Court may summarily grant the relief requested.

      **DATED** this 26th day of August 2024.

                                    **Engelman Berger, P.C.**

                                    By: */s/ Bradley D. Pack*
                                              Bradley D. Pack
                                              Andrew R. O'Keefe
                                              Attorneys for Sunny Energy, LLC

**COPY** of the foregoing served by automatic ECF notification and email this 26th day of August 2024 to:

Patty Chan
Office of the U.S. Trustee
Patty.chan@usdoj.gov

James Cross
Cross Law Firm
jcross@crosslawaz.com
Subchapter V Trustee

Nancy Swift
Buchalter
NSwift@buchalter.com
Attorneys for Landlord / Creditor GKI Industrial Phoenix, LLC

Robert Charles
Lewis Roca Rothgerber Christie LLP
rcharles@lewisroca.com
Attorneys for Consolidated Electrical Distributors, Inc.

Gary V. Ringler
Gary V. Ringler PLLC
garyvringlerlaw@gmail.com
Attorneys for Obodo Energy Partners LLC

**COPY** of the foregoing mailed and e-mailed, where noted this 26th day of August 2024 to:

3

Thomas Allen
David Nelson
Allen, Jones & Giles
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
tallen@bkfirmaz.com
dnelson@bkfirmaz.com
Attorneys for Arizona Solar Wave LLC

Arizona Solar Wave LLC
c/o Bryan McCormick
12 W. Main St.
Mesa, Arizona 85201

EverBright
700 Universe Boulevard
Juno Beach, FL 33408
notices@goeverbright.com

20 largest unsecured creditors
as listed on bankruptcy schedules


*/s/ Cynthia Nesselrode*

4891-3195-6957, v. 1